AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S ----

▶ JOSEPH VU NGUYEN

DISTRICT COURT NUMBER
CR08-0246 CW

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

---- DEFENDANT ----

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
Alameda County Superior Court

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal  ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
North County Jail

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

*UNITED STATES v. JOSEPH VU NGUYEN AND DAVIS KIET DANG*

### COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNTS TWO AND THREE
Possession of a Controlled Substance (Methamphetamine)
(21 U.S.C. § 844(a))

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 2 Years Imprisonment (one prior)<br>Mandatory Minimum 15 Days Imprisonment (one prior)<br><br>Maximum 3 Years Imprisonment (two priors)<br>Mandatory Minimum 90 Days Imprisonment (two priors) |
| Fine: | Maximum $2,500 (one prior)<br>Maximum $5,000 (two priors) |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ DAVIS KIET DANG

DISTRICT COURT NUMBER
CR08-0246 CW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

☒ person is awaiting trial in another Federal or State Court, give name of court
Alameda County Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
Alameda County Superior Court

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

UNITED STATES v. JOSEPH VU NGUYEN AND DAVIS KIET DANG

COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

COUNTS TWO AND THREE
Possession of a Controlled Substance (Methamphetamine)
(21 U.S.C. § 844(a))

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 2 Years Imprisonment (one prior) |
| | Mandatory Minimum 15 Days Imprisonment (one prior) |
| | |
| | Maximum 3 Years Imprisonment (two priors) |
| | Mandatory Minimum 90 Days Imprisonment (two priors) |
| Fine: | Maximum $2,500 (one prior) |
| | Maximum $5,000 (two priors) |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**



UNITED STATES OF AMERICA,

V.

JOSEPH VU NGUYEN, and DAVIS KIET DANG, aka Kiet Dang, aka Kiet Davis Anh Dang, aka Kiet Davisanh Dang,

CR08-0246 CW

DEFENDANT.

## INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 844(a) - Possession of Methamphetamine

A true bill.

_____ Laurie K. S_____
Deputy Foreman

Filed in open court this 16 day of April, 2008

_____ Clerk

Bail, $ No bail arrest warrant for each defendant.
Wayne D. Brazil
4-16-08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

2008 APR 16 PM 4:33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH VU NGUYEN, and<br>DAVIS KIET DANG,<br>  aka Kiet Dang,<br>  aka Kiet Davis Anh Dang,<br>  aka Kiet Davisanh Dang,<br><br>    Defendants. | No. CR08-0246 CW<br><br>VIOLATIONS: 18 U.S.C. § 922(g)(1) –<br>Felon in Possession of a Firearm and<br>Ammunition; 21 U.S.C. § 844(a) –<br>Possession of Methamphetamine<br><br>OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:   (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition)

On or about February 6, 2008, in the Northern District of California, defendant,

JOSEPH VU NGUYEN,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting interstate commerce, a firearm, namely a KBI, Model PMK-380, .380 caliber, semi-automatic pistol, with an obliterated serial number, and ammunition, namely eight rounds of Winchester .380 caliber

INDICTMENT

1

Document No.

District Court
Criminal Case Processing

1  ammunition.

2

3  <u>COUNT TWO</u>:   (21 U.S.C. § 844(a) – Possession of Methamphetamine)

4  On or about February 6, 2008, in the Northern District of California, defendant,

5  JOSEPH VU NGUYEN,

6  did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture

7  and substance containing a detectable amount of methamphetamine, that was not obtained

8  directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of

9  his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

10

11 <u>COUNT THREE</u>:   (21 U.S.C. § 844(a) – Possession of Methamphetamine)

12 On or about February 6, 2008, in the Northern District of California, defendant,

13 DAVIS KIET DANG,
   aka Kiet Dang,
14 aka Kiet Davis Anh Dang,
   aka Kiet Davisanh Dang,

15

16 did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture

17 and substance containing a detectable amount of methamphetamine, that was not obtained

18 ///

19 ///

20 ///

21

22

23

24

25

26

27

28

INDICTMENT

2

directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

DATED: April 16, 2008          A TRUE BILL.

                    *Laurie K. [signature]*
          Deputy   FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

*[signature]*

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: *[signature]* )
                     AUSA GARTH HIRE

INDICTMENT

3