JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone: (510) 637-3929
   Facsimile: (510) 637-3724
   E-Mail: Garth.Hire@udoj.gov

Attorneys for Plaintiff

FILED
2008 APR 16 PM 4:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH VU NGUYEN, and<br>DAVIS KIET DANG,<br>  aka Kiet Dang,<br>  aka Kiet Davis Anh Dang,<br>  aka Kiet Davisanh Dang,<br><br>    Defendants. | NO. CR08-0246 CW<br><br>SEALING APPLICATION AND<br>SEALING ORDER |

    The United States requests that the Indictment, Penalty Sheet and Arrest Warrant (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents) in the above-captioned case filed with the Court on April 16, 2008, be filed under seal until further order of the Court. The reason for this request is to facilitate the

///

///

///

SEALING APPLICATION AND ORDER
                        1

gathering of evidence related to offenses committed by the defendants. Revealing the indictment may alert the defendants to the existence of a federal investigation into offenses committed by them. If the defendants learned of their indictment they may take steps to obstruct justice by intimidating witnesses and/or destroying evidence or by employing others to do so.

WHEREFORE, I respectfully request that the Court issue an Order granting this Application.

DATED: April 15, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

GARTH HIRE
Assistant United States Attorney

## ORDER

On the government's application, the Indictment, Penalty Sheet, and Arrest Warrant filed with the Court on April 16, 2008, shall be filed under seal until further order of the court (except that the Clerk's office may provide a copy of the Arrest Warrant to the U.S. Attorney's Office and the executing agents).

IT IS SO ORDERED.

DATED: 4/16/08

HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER

2