AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

─── DEFENDANT - U.S ───

▶ JOSEPH VU NGUYEN

DISTRICT COURT NUMBER
CR 08-0246 CW

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

─── DEFENDANT ───

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☒ On another conviction   ☐ Federal  ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer  ☐ Yes   If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year _____
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

*UNITED STATES v. JOSEPH VU NGUYEN AND DAVIS KIET DANG*
CR 08-0246 CW

### COUNT ONE (Dang)
**Conspiracy to Interfere with Commerce through Robbery and Extortion**
**(18 U.S.C. §§ 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO (Nguyen)
**Felon in Possession of Firearm and Ammunition**
**(18 U.S.C. § 922(g)(1))**

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNTS THREE (Nguyen) AND FOUR (Dang)
**Possession of a Controlled Substance (Methamphetamine)**
**(21 U.S.C. § 844(a))**

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED*:

| | |
|---|---|
| Imprisonment: | Maximum 2 Years Imprisonment (one prior) |
| | Mandatory Minimum 15 Days Imprisonment (one prior) |
| | |
| | Maximum 3 Years Imprisonment (two priors) |
| | Mandatory Minimum 90 Days Imprisonment (two priors) |
| | |
| Fine: | Maximum $2,500 (one prior) |
| | Maximum $5,000 (two priors) |
| | |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| | |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ DAVIS KIET DANG

DISTRICT COURT NUMBER
CR 08-0246 CW

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

4-08-70245 WDB

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   AUSA GARTH HIRE

**DEFENDANT**

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction         } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    } If "Yes" give date
been filed?  ☐ No       filed

DATE OF         Month/Day/Year
ARREST  ▶      4/22/08
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET ATTACHMENT

UNITED STATES v. JOSEPH VU NGUYEN AND DAVIS KIET DANG
CR 08-0246 CW

### COUNT ONE (Dang)
Conspiracy to Interfere with Commerce through Robbery and Extortion
(18 U.S.C. §§ 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO (Nguyen)
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNTS THREE (Nguyen) AND FOUR (Dang)
Possession of a Controlled Substance (Methamphetamine)
(21 U.S.C. § 844(a))

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

Page 1 of 2

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 2 Years Imprisonment (one prior) |
| | Mandatory Minimum 15 Days Imprisonment (one prior) |
| | |
| | Maximum 3 Years Imprisonment (two priors) |
| | Mandatory Minimum 90 Days Imprisonment (two priors) |
| | |
| Fine: | Maximum $2,500 (one prior) |
| | Maximum $5,000 (two priors) |
| | |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| | |
| Special Assessment: | $100 |



# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND



FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR-08-246-CW

JOSEPH VU NGUYEN, and DAVIS KIET DANG, aka Kiet Dang, aka Kiet Davis Anh Dang, aka Kiet Davisanh Dang,

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

18 U.S.C. § 1951(a) - Conspiracy to Interfere with Commerce by Robbery and Extortion;
18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition;
21 U.S.C. § 844(a) - Possession of Methamphetamine

A true bill.

_____
Foreman

Filed in open court this __21__ day of

__MAY   2008__.

_____
Clerk

Bail, $ _No bail arrest warrant only for Mr. Nguyen._
Wayne D. Brazil   5-21-08

JOSEPH P. RUSSONIELLO (CABN 44332) E-filing
United States Attorney

FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH VU NGUYEN, and<br>DAVIS KIET DANG,<br>  aka Kiet Dang,<br>  aka Kiet Davis Anh Dang,<br>  aka Kiet Davisanh Dang,<br><br>    Defendants. | No. CR 08-0246 CW<br><br>VIOLATIONS: 18 U.S.C. § 1951(a) – Conspiracy to Interfere with Commerce by Robbery and Extortion; 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition; 21 U.S.C. § 844(a) – Possession of Methamphetamine<br><br>OAKLAND VENUE |

### FIRST SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 1951(a) – Conspiracy to Interfere with Commerce by Robbery and Extortion)

On or about January 6, 2008, in the Northern District of California, defendant

DAVIS KIET DANG,
aka Kiet Dang,
aka Kiet Davis Anh Dang,
aka Kiet Davisanh Dang,

did knowingly and intentionally conspire with others known to the Grand Jury to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery and extortion, in violation of Title 18, United States Code, Section 1951(a).

FIRST SUPERSEDING INDICTMENT

1

| | | |
|---|---|---|
| 1 | COUNT TWO: | (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition) |

On or about February 6, 2008, in the Northern District of California, defendant

JOSEPH VU NGUYEN,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting interstate commerce, a firearm, namely, a KBI, Model PMK-380, .380 caliber, semi-automatic pistol, with an obliterated serial number, and ammunition, namely, eight rounds of Winchester .380 caliber ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: (21 U.S.C. § 844(a) – Possession of Methamphetamine)

On or about February 6, 2008, in the Northern District of California, defendant

JOSEPH VU NGUYEN,

did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture and substance containing a detectable amount of methamphetamine, that was not obtained directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

COUNT FOUR: (21 U.S.C. § 844(a) – Possession of Methamphetamine)

On or about February 6, 2008, in the Northern District of California, defendant

DAVIS KIET DANG,
aka Kiet Dang,
aka Kiet Davis Anh Dang,
aka Kiet Davisanh Dang,

did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture and substance containing a detectable amount of methamphetamine, that was not obtained directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of

///

///

///

FIRST SUPERSEDING INDICTMENT

2

1 | his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

2 | DATED:                                            A TRUE BILL

3 | 5-21-08

4 |                                                   FOREPERSON

5 | JOSEPH P. RUSSONIELLO
  | United States Attorney

6 |

7 |

8 | W. DOUGLAS SPRAGUE
  | Chief, Oakland Branch

9 |

10 | (Approved as to form:
   |                       AUSA GARTH HIRE

11–28 |

FIRST SUPERSEDING INDICTMENT

3