AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

**—— OFFENSE CHARGED ——**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:       SEE ATTACHMENT

E-filing

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**—— DEFENDANT - U.S ——**

► KAO SAETURN

**FILED**

JUL 16 2008

DISTRICT COURT NUMBER

CR 08-0246 CW

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**—— DEFENDANT ——**

**IS *NOT* IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
      summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction        } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes"
been filed?  ☒ No      } give date filed

DATE OF
ARREST              Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►     Month/Day/Year
TO U.S. CUSTODY

**—— PROCEEDING ——**

Name of Complainant Agency, or Person (& Title, if any)

   Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:                                    SHOW
   ☐ U.S. ATTORNEY  ☐ DEFENSE    } DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant                          MAGISTRATE
                                      CASE NO.
☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this }
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      AUSA GARTH HIRE

☐ This report amends AO 257 previously submitted

**—— ADDITIONAL INFORMATION OR COMMENTS ——**

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. KAO SAETURN*
### CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOUR
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consec. OR<br>Mandatory Minimum 25 Years Imprisonment Consecutive<br>    (if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT SIX
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT SEVEN
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consec. OR<br>Mandatory Minimum 25 Years Imprisonment Consecutive<br>    (if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT EIGHT
**Attempted Carjacking**
**(18 U.S.C. § 2119)**

| | |
|---|---|
| Imprisonment: | Maximum 15 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT NINE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consec. OR<br>Mandatory Minimum 25 Years Imprisonment Consecutive<br>    (if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

---

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
    ☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    SEE ATTACHMENT    *E-filing*

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

► SAN KWEN SAEPHAN aka "Forty"

DISTRICT COURT NUMBER

CR 08-0246 CW

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

}

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior
   summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction          } ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges

   If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes      If "Yes"
been filed?   ☒ No      } give date
                            filed

DATE OF ►
ARREST      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

Comments:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

# PENALTY SHEET ATTACHMENT

## *UNITED STATES v. SAN KWEN SAEPHAN*
## CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

Imprisonment:              20 Years Imprisonment

Fine:                      Maximum $250,000

Supervised Release:        Maximum 3-Year Term of Supervised Release

Special Assessment:        $100

### COUNT TWO
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

Imprisonment:              20 Years Imprisonment

Fine:                      Maximum $250,000

Supervised Release:        Maximum 3-Year Term of Supervised Release

Special Assessment:        $100

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

Imprisonment:              Maximum Life Imprisonment
                           Mandatory Minimum 7 Years Imprisonment Consecutive

Fine:                      Maximum $250,000

Supervised Release:        Maximum 5-Year Term of Supervised Release

Special Assessment:        $100

## COUNT FOUR
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

Imprisonment:              20 Years Imprisonment

Fine:                      Maximum $250,000

Supervised Release:        Maximum 3-Year Term of Supervised Release

Special Assessment:        $100

## COUNT FIVE
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

Imprisonment:              Maximum Life Imprisonment
                           Mandatory Minimum 7 Years Imprisonment Consec. OR
                           Mandatory Minimum 25 Years Imprisonment Consecutive
                               (if conviction is second or subsequent 924(c) conviction)

Fine:                      Maximum $250,000

Supervised Release:        Maximum 5-Year Term of Supervised Release

Special Assessment:        $100

## COUNT SIX
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

Imprisonment:              20 Years Imprisonment

Fine:                      Maximum $250,000

Supervised Release:        Maximum 3-Year Term of Supervised Release

Special Assessment:        $100

## COUNT SEVEN
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

Imprisonment:            Maximum Life Imprisonment
                         Mandatory Minimum 7 Years Imprisonment Consec. OR
                         Mandatory Minimum 25 Years Imprisonment Consecutive
                              (if conviction is second or subsequent 924(c) conviction)

Fine:                    Maximum $250,000

Supervised Release:      Maximum 5-Year Term of Supervised Release

Special Assessment:      $100

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  SEE ATTACHMENT

E-filing

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

┌ DEFENDANT - U.S

FILED

► JOSEPH VU NGUYEN

JUL 16 2008

DISTRICT COURT NUMBER

CR 08-0246 CW

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT ───

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:      SHOW DOCKET NO.

☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant      MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction }  ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
☒ No }

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. JOSEPH VU NGUYEN*
### CR 08-0246 CW

### COUNT TEN
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT ELEVEN
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWELVE
### Felon in Possession of Firearm and Ammunition
### (18 U.S.C. § 922(g)(1))

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT THIRTEEN
**Possession of a Controlled Substance (Methamphetamine)**
**(21 U.S.C. § 844(a))**

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 2 Years Imprisonment (one prior)<br>Mandatory Minimum 15 Days Imprisonment (one prior)<br><br>Maximum 3 Years Imprisonment (two priors)<br>Mandatory Minimum 90 Days Imprisonment (two priors) |
| Fine: | Maximum $2,500 (one prior)<br>Maximum $5,000 (two priors) |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

─── **OFFENSE CHARGED** ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    SEE ATTACHMENT    **E-filing**

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                            SHOW
                                                    DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE  }

☐ this prosecution relates to a
pending case involving this same
defendant                                  MAGISTRATE
                                                    CASE NO.
☐ prior proceedings or appearance(s)  }
before U.S. Magistrate regarding this
defendant were recorded under

_____

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── **DEFENDANT - U.S** ───

▶ DAVIS KIET DANG

**FILED**

JUL 16 2008

DISTRICT COURT NUMBER

CR 08-0246 CW

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
1) ☐  Has not been arrested, pending outcome this proceeding.
        If not detained give date any prior
        summons was served on above charges ▶ _____

2) ☐  Is a Fugitive

3) ☐  Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☒  On this charge

5) ☐  On another conviction  }  ☐ Federal  ☐ State

6) ☐  Awaiting trial on other charges

        If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes     If "Yes"
been filed?   ☐ No       give date
                                filed    _____

**DATE OF**  ▶         Month/Day/Year
**ARREST**              _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**  ▶   Month/Day/Year
**TO U.S. CUSTODY**        _____

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or
                                                            warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. DAVIS KIET DANG*
### CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOUR
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | · Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

Imprisonment:      Maximum Life Imprisonment
Mandatory Minimum 7 Years Imprisonment Consec. OR
Mandatory Minimum 25 Years Imprisonment Consecutive
(if conviction is second or subsequent 924(c) conviction)

| | |
|---|---|
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOURTEEN
### Possession of a Controlled Substance (Methamphetamine)
### (21 U.S.C. § 844(a))

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED:*

Imprisonment:      Maximum 2 Years Imprisonment (one prior)
Mandatory Minimum 15 Days Imprisonment (one prior)

Maximum 3 Years Imprisonment (two priors)
Mandatory Minimum 90 Days Imprisonment (two priors)

Fine:                          Maximum $2,500 (one prior)
                               Maximum $5,000 (two priors)

Supervised Release:            Maximum 1-Year Term of Supervised Release

Special Assessment:            $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                                   ☒ SUPERSEDING

---— **OFFENSE CHARGED** —---

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:      SEE ATTACHMENT

E-filing

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |
| OAKLAND DIVISION |

**FILED**

---— DEFENDANT - U.S ———

▶ JANTAR PHUN aka "Kelley"      JUL 16 2008

DISTRICT COURT NUMBER   RICHARD W. WIEKING
                        CLERK, U.S. DISTRICT COURT
                        NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND

CR 08-0246 CW

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

    Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court,
   give name of court

_____

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40.  Show District

_____

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

   SHOW
   DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

   MAGISTRATE
   CASE NO.

☒ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

   08-70133 WDB

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

   ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior
      summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction         } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

_____

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date
                         filed    _____

DATE OF       ▶         Month/Day/Year
ARREST                  _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶      Month/Day/Year
TO U.S. CUSTODY         _____

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
   ☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount: _____
   If Summons, complete following:
   ☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or
                                          warrant needed, since Magistrate has scheduled arraignment
   Defendant Address:

                                    Date/Time: _____   Before Judge: _____

   Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. JANTAR PHUN*
### CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion
(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
**Interference with Commerce through Robbery and Extortion
(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOUR
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consec. OR<br>Mandatory Minimum 25 Years Imprisonment Consecutive<br>    (if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

*E-filing*

CR-08-0246 CW

FILED

2008 JUL 16 PM 2: 52

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

KAO SAETURN, SAN KWEN SAEPHAN,
aka "Forty," JOSEPH VU NGUYEN,
DAVIS KIET DANG,  aka Kiet Dang,
aka Kiet Davis Anh Dang,   aka Kiet
Davisanh Dang, and JANTAR PHUN,
aka "Kelley",

DEFENDANT(S).

# SECOND SUPERSEDING INDICTMENT

18 U.S.C. § 1951(a) – Conspiracy to Interfere with Commerce by
Robbery and Extortion; 18 U.S.C. § 1951(a) – Interference with
Commerce by Robbery and Extortion; 18 U.S.C. § 924(c)(1)(A)(ii) –
Using/Carrying/Brandishing a Firearm During and in Relation to a
Crime of Violence; 18 U.S.C. § 922(g)(1) – Felon in Possession of a
Firearm and Ammunition; 21 U.S.C. § 844(a) – Possession of
Methamphetamine

A true bill.

_____ Foreman
Deputy

Filed in open court this ___16th___ day of

July  2008 .

_____ Clerk

Bail, $ _____   7/16/08

*bnt warants for: Kao Saeturn*
*San Kwen Saephon*
*Joseph VU Nguyen*

*process for Janter Phun and*
*Davis Dang*

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>    Plaintiff,    )<br>         )<br>    v.    )<br>         )<br>KAO SAETURN,    )<br>SAN KWEN SAEPHAN,    )<br>  aka "Forty,"    )<br>JOSEPH VU NGUYEN,    )<br>DAVIS KIET DANG,    )<br>  aka Kiet Dang,    )<br>  aka Kiet Davis Anh Dang,    )<br>  aka Kiet Davisanh Dang, and    )<br>JANTAR PHUN,    )<br>  aka "Kelley,"    )<br>         )<br>    Defendants.    )<br>_____ ) | No. CR 08-0246 CW<br><br>VIOLATIONS: 18 U.S.C. § 1951(a) –<br>Conspiracy to Interfere with Commerce by<br>Robbery and Extortion; 18 U.S.C. § 1951(a)<br>– Interference with Commerce by Robbery<br>and Extortion; 18 U.S.C. § 924(c)(1)(A)(ii)<br>– Using/Carrying/Brandishing a Firearm<br>During and in Relation to a Crime of<br>Violence; 18 U.S.C. § 922(g)(1) – Felon in<br>Possession of a Firearm and Ammunition;<br>21 U.S.C. § 844(a) – Possession of<br>Methamphetamine<br><br>OAKLAND VENUE |

22              <u>S E C O N D   S U P E R S E D I N G   I N D I C T M E N T</u>

SECOND SUPERSEDING INDICTMENT

1

1  The Grand Jury charges:

2  COUNT ONE:      (18 U.S.C. § 1951(a))

3       Beginning no later than December 30, 2007, and continuing to on or about January 8,

4  2008, defendants

5                         KAO SAETURN,
                      SAN KWEN SAEPHAN,
6                          aka "Forty,"
                       DAVIS KIET DANG,
7                         aka Kiet Dang,
                    aka Kiet Davis Anh Dang,
8                  aka Kiet Davisanh Dang, and
                        JANTAR PHUN,
9                         aka "Kelley,"

10  did knowingly and intentionally conspire with each other and others known to the Grand Jury to

11  obstruct, delay, and affect commerce and the movement of articles and commodities in

12  commerce by robbery and extortion, in violation of Title 18, United States Code, Section

13  1951(a).

14

15  COUNT TWO:      (18 U.S.C. § 1951(a))

16       On or about December 30, 2007, in the Northern District of California, defendants

17                        KAO SAETURN,
                      SAN KWEN SAEPHAN,
18                         aka "Forty,"
                       DAVIS KIET DANG,
19                        aka Kiet Dang,
                    aka Kiet Davis Anh Dang,
20                 aka Kiet Davisanh Dang, and
                        JANTAR PHUN,
21                        aka "Kelley,"

22  did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

23  articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

24  States Code, Section 1951(a).

25  ///

26  ///

27  ///

28  ///

SECOND SUPERSEDING INDICTMENT

2

1   <u>COUNT THREE</u>:   (18 U.S.C. § 924(c)(1)(A)(ii))

2        On or about December 30, 2007, in the Northern District of California, defendants

3                               KAO SAETURN,
                     SAN KWEN SAEPHAN,
4                            aka "Forty,"
                     DAVIS KIET DANG,
5                       aka Kiet Dang,
                 aka Kiet Davis Anh Dang,
6              aka Kiet Davisanh Dang, and
                      JANTAR PHUN,
7                       aka "Kelley,"

8   did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

9   crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

10   articles and commodities in commerce by robbery and extortion, as charged in Count Two of this

11   Second Superseding Indictment, in violation of Title 18, United States Code, Section

12   924(c)(1)(A)(ii).

13

14   <u>COUNT FOUR</u>:   (18 U.S.C. § 1951(a))

15        On or about January 6, 2008, in the Northern District of California, defendants

16                               KAO SAETURN,
                     SAN KWEN SAEPHAN,
17                            aka "Forty,"
                     DAVIS KIET DANG,
18                       aka Kiet Dang,
                 aka Kiet Davis Anh Dang,
19              aka Kiet Davisanh Dang, and
                      JANTAR PHUN,
20                       aka "Kelley,"

21   did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

22   articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

23   States Code, Section 1951(a).

24   ///

25   ///

26   ///

27   ///

28   ///

SECOND SUPERSEDING INDICTMENT

3

1    COUNT FIVE:        (18 U.S.C. § 924(c)(1)(A)(ii))

2        On or about January 6, 2008, in the Northern District of California, defendants

3                            KAO SAETURN,
                       SAN KWEN SAEPHAN,
4                            aka "Forty,"
                         DAVIS KIET DANG,
5                          aka Kiet Dang,
                      aka Kiet Davis Anh Dang,
6                    aka Kiet Davisanh Dang, and
                            JANTAR PHUN,
7                          aka "Kelley,"

8    did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

9    crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

10   articles and commodities in commerce by robbery and extortion, as charged in Count Four of this

11   Second Superseding Indictment, in violation of Title 18, United States Code, Section

12   924(c)(1)(A)(ii).

13

14   COUNT SIX:          (18 U.S.C. § 1951(a))

15       On or about January 8, 2008, in the Northern District of California, defendants

16                         KAO SAETURN, and
                       SAN KWEN SAEPHAN,
17                          aka "Forty,"

18   did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

19   articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

20   States Code, Section 1951(a).

21

22   COUNT SEVEN:        (18 U.S.C. § 924(c)(1)(A)(ii))

23       On or about January 8, 2008, in the Northern District of California, defendants

24                         KAO SAETURN, and
                       SAN KWEN SAEPHAN,
25                          aka "Forty,"

26   did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

27   crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

28   articles and commodities in commerce by robbery and extortion, as charged in Count Six of this

SECOND SUPERSEDING INDICTMENT

4

1  Second Superseding Indictment, in violation of Title 18, United States Code, Section

2  924(c)(1)(A)(ii).

3

4  COUNT EIGHT:    (18 U.S.C. § 2119)

5      On or about January 22, 2008, in the Northern District of California, defendant

6                  KAO SAETURN,

7  with the intent to cause death and serious bodily harm, did attempt to take by force and violence

8  and by intimidation a motor vehicle that had been transported, shipped, and received in interstate

9  and foreign commerce, from the person and presence of another, in violation of Title 18, United

10 States Code, Section 2119.

11

12 COUNT NINE:    (18 U.S.C. § 924(c)(1)(A)(ii))

13     On or about January 22, 2008, in the Northern District of California, defendant

14                 KAO SAETURN,

15 did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

16 crime of violence, namely, attempted carjacking, as charged in Count Eight of this Second

17 Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

18

19 COUNT TEN:    (18 U.S.C. § 1951(a))

20     On or about February 3, 2008, in the Northern District of California, defendant

21                 JOSEPH VU NGUYEN,

22 did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

23 articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

24 States Code, Section 1951(a).

25 ///

26 ///

27 ///

28 ///

SECOND SUPERSEDING INDICTMENT

5

1    COUNT ELEVEN:    (18 U.S.C. § 924(c)(1)(A)(ii))

2          On or about February 3, 2008, in the Northern District of California, defendant

3                              JOSEPH VU NGUYEN,

4    did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

5    crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

6    articles and commodities in commerce by robbery and extortion, as charged in Count Ten of this

7    Second Superseding Indictment, in violation of Title 18, United States Code, Section

8    924(c)(1)(A)(ii).

9

10    COUNT TWELVE:    (18 U.S.C. § 922(g)(1))

11          On or about February 6, 2008, in the Northern District of California, defendant

12                              JOSEPH VU NGUYEN,

13    having previously been convicted of a felony crime punishable by a term of imprisonment

14    exceeding one year, did knowingly and intentionally possess, in and affecting interstate

15    commerce, a firearm, namely, a KBI, Model PMK-380, .380 caliber, semi-automatic pistol, with

16    an obliterated serial number, and ammunition, namely, eight rounds of Winchester .380 caliber

17    ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

18

19    COUNT THIRTEEN:          (21 U.S.C. § 844(a))

20          On or about February 6, 2008, in the Northern District of California, defendant

21                              JOSEPH VU NGUYEN,

22    did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture

23    and substance containing a detectable amount of methamphetamine, that was not obtained

24    directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of

25    his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

26    ///

27    ///

28    ///

SECOND SUPERSEDING INDICTMENT

6

1    COUNT FOURTEEN:          (21 U.S.C. § 844(a))

2        On or about February 6, 2008, in the Northern District of California, defendant

3                          DAVIS KIET DANG,
                               aka Kiet Dang,
4                          aka Kiet Davis Anh Dang,
                           aka Kiet Davisanh Dang,
5

6    did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture

7    and substance containing a detectable amount of methamphetamine, that was not obtained

8    directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of

9    his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

10   DATED:                                      A TRUE BILL.

11   July 16, 2008

12                              Deputy    FOREPERSON

13   JOSEPH P. RUSSONIELLO
     United States Attorney

14

15

16   BRIAN J. STRETCH
17   Chief, Criminal Division

18   (Approved as to form:
                              AUSA GARTH HIRE

19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT

7