UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:**  United States

**v.**                                                      **No.**  CR-08-00246 CW

**Defendant:**  Davis Kiet Dang (present - in custody)
               Jantar Phun (present - in custody)


**Appearances for Plaintiff:**
Christine Wong for Garth Hire

**Appearances for Defendant:**
James Giller for dft. Dang
Angela Hansen for dft. Phun

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Trial Setting**

**Notes:**     This was the defendants first appearance before District Judge.  Defendant Dang arraigned on 2nd Superseding Information; reading waived; not guilty plea entered.  Government to produce discovery today.  3 other defendants are in state custody and government is working to get them before this Court.  **Case continued to 9/3/08 at 2:00 p.m. for motions setting or trial setting or disposition.**  Defense to know at next hearing what motions they will be filing.  Time excluded for effective preparation and to allow other defendants to get here.

Copies to: Chambers