UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson (pro tem)**
**Date: 9/3/08**

**Plaintiff:**  United States

**v.**                                                   **No.**  CR-08-00246 CW

**Defendant:**   Davis Kiet Dang (present - in custody)
                 Jantar Phun (present - in custody)
                 Kao Saeturn (present - in custody)
                 Joseph Vu Nguyen (present - in custody)


**Appearances for Plaintiff:**
Garth Hire

**Appearances for Defendant:**
James Giller for dft. Dang
Angela Hansen for dft. Phun
Miles Ehrlich for dft. Saeturn
George Ong for dft. Nguyen


       **Hearing:  Trial Setting or Motions Setting or Disposition**

**Notes:**     This was the first appearance before District Judge for defendants Saeturn and Nguyen.  One defendant is still outstanding and is under medical quarantine at Folsom.  Government has produced discovery today and additional audio and video tapes will be produced.  Counsel will be submitting protective order.  **Case continued to 11/12/08 at 2:00 p.m. for motions setting or trial setting or disposition.**  Time excluded for effective preparation and continuity of counsel.  If parties have disposition and CW is not available, parties can consent to entry of plea before WDB and have sentencing set before CW.  If parties know they will be filing motions, if possible, they should go ahead and file and brief the motions.

Copies to: Chambers; WDB/Ivy